IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:05-00209 |
| | ) | JUDGE ECHOLS |
| WALTER PRENTICE DRAKE | ) | |

### VERDICT FORM

(Please place an "X" or a "√" on the appropriate line to reflect your verdict.)

1. With regard to the charge in the Indictment that on or about March 2, 2005, in the Middle District of Tennessee, WALTER PRENTICE DRAKE, having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm, to wit: a Winchester, Model Defender, 12-gauge, pump shotgun, in violation of Title 18, United States Code, Sections 922(g)(1) and 924, we, the jury, unanimously find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| WALTER PRENTICE DRAKE | X | |

(Please have your Foreperson sign and date the verdict form.)

_[signature]_
FOREPERSON

June 15, 2006
DATE